IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH ELBERT CLEMENTS, #105658, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:09cv685-WHA |
| ) | |
| DAVID WISE, et al., ) | (WO) |
| ) | |
| Respondents. ) | |

### **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #17) and the Petitioner's Objection (Doc. #18).

Following an independent evaluation and *de novo* review of the file in this case, the court finds the objection to be without merit and due to be overruled.

In his objection, the Petitioner alleges that his convictions resulted from a conspiracy among the trial judge, district attorney, and his counsel solely for the purpose of political gain. These unsubstantiated allegations fail to undermine the findings made in the extensive Recommendation, with which the court agrees. Accordingly, the objection is OVERRULED, the court ADOPTS the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that this petition for habeas corpus relief pursuant to 28 U.S.C. § 2254 is DENIED. Final Judgment will be entered accordingly.

DONE this 20th day of June, 2012.

                                        /s/ W. Harold Albritton
                                        W. HAROLD ALBRITTON
                                        SENIOR UNITED STATES DISTRICT JUDGE