IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH ELBERT CLEMENTS, #105658, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>DAVID WISE, et al., )<br>)<br>Respondents. ) | CIVIL ACTION NO. 2:09cv685-WHA<br><br>(WO) |

**FINAL JUDGMENT**

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the Respondents and against the Petitioner, and this case is DISMISSED with prejudice.

DONE this 20th day of June, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE